# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136905(66)


UNIVERSITY OF MICHIGAN REGENTS and
UNIVERSITY OF MICHIGAN HEALTH
SYSTEM,
       Plaintiffs-Appellants,

v

TITAN INSURANCE COMPANY,
       Defendant-Appellee.

_____

SC: 136905
COA: 276710
Washtenaw CC: 06-000034-CK


      On order of the Chief Justice, the motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2010

_____
Clerk